UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NORMA S. ROBLES,<br><br>    Plaintiff,<br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | Case No.  3:18-cv-00017-KC<br><br>Honorable Judge  Kathleen Cardone |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, NORMA S. ROBLES, and the Defendant, MEDICREDIT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against MEDICREDIT, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: June 19, 2018                                                              Respectfully Submitted,

**NORMA S. ROBLES**                                          **MEDICREDIT, INC**

/s/ Nathan C. Volheim                                         /s/ Darryl Chatman(*with consent*)
Nathan C. Volheim                                               Darryl Chatman
*Counsel for Plaintiff*                                            *Counsel for Defendant*
Sulaiman Law Group, LTD                                 Spencer Fane LLP
2500 S. Highland Avenue, Suite 200            1 North Brentwood Blvd., Suite 1000
Lombard, Illinois 60148                                    St. Louis, MO 63105
Phone: (630) 575-8181                                      Phone: (314) 863-7733
Fax :( 630) 575-8188                                         dchatman@spencerfane.com
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\_\_\_\_\_
Nathan C. Volheim