IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **NORMA S. ROBLES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-18-CV-17-KC |
| | § | |
| **MEDICREDIT, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal with Prejudice, ECF No. 15, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that this case is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 21st day of June, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE